UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

LESTER BURROUGHS,                    :
                                          CIVIL ACTION NO. 3:20-2231
         Petitioner          :
                                          (JUDGE MANNION)
      v.                             :

WARDEN ERIC BRADLEY,          :

         Respondent        :

## ORDER

In accordance with this court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

1. Burroughs' petition for a writ of habeas corpus (Doc. 1), pursuant to 28 U.S.C. §2241 is **DISMISSED** without prejudice.

2. Burroughs' motion for appointment of counsel and to certify class (Doc. 7) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** the above captioned case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
United States District Judge

**Dated: September 23, 2021**
20-2231-01-Order